**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAY E. MIDKIFF,                    )      No. SACV 12-766-CW
                                   )
          Plaintiff,               )      JUDGMENT
          v.                       )
                                   )
CAROLYN W. COLVIN, Acting          )
Comm'r of Social Security,         )
                                   )
          Defendant.               )
_____    )


    **IT IS HEREBY ADJUDGED** that this action is dismissed.


DATED: February 28, 2013

                                   _Carla M. Woehrle_

                                   _____
                                        CARLA M. WOEHRLE
                                   United States Magistrate Judge